```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15867
   MARY A NEELY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8061

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 12/02/2006 and was confirmed 02/28/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was converted to chapter 7 after confirmation 08/03/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG         .00           .00            .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE         .00           .00            .00
AMERISTAR FINANCIAL      SECURED VEHIC    11310.00        221.48        1278.53
INTERNAL REVENUE SERVICE PRIORITY          2688.83           .00            .00
COOK COUNTY TREASURER    SECURED               .00           .00            .00
AT & T WIRELESS          UNSEC W/INTER   NOT FILED          .00            .00
CB USA INC               UNSEC W/INTER      549.12           .00            .00
SPIEGELS                 UNSEC W/INTER   NOT FILED          .00            .00
TCF BANK                 UNSEC W/INTER   NOT FILED          .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     1148.90           .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      454.77           .00            .00
INTERNAL REVENUE SERVICE UNSEC W/INTER      234.52           .00            .00
AMERISTAR FINANCIAL      UNSEC W/INTER     1879.51           .00            .00
MARTIN J OHEARN          DEBTOR ATTY       2,200.00                     2,200.00
TOM VAUGHN               TRUSTEE                                          237.81
DEBTOR REFUND            REFUND                                           271.18

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  4,209.00

PRIORITY                                             .00
SECURED                                         1,278.53
    INTEREST                                      221.48
UNSECURED                                            .00
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                              237.81
DEBTOR REFUND                                     271.18
                         --------------        --------------
TOTALS                   4,209.00               4,209.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 15867 MARY A NEELY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/28/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE